Nancy E. Hudgins, SBN. 85222
Matthew M. Grigg, SBN. 195951
LAW OFFICES OF NANCY E. HUDGINS
1981 N. Broadway, Ste. 210
Walnut Creek, CA 94596
925-906-0100
mmg@hudginslaw.com

Attorneys for Defendants Alameda County
Corizon Health, Inc., and Sheriff Gregory J. Ahern

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DIAMOND, et al., ) | **Case No.: 16-03534** |
| ) | |
| Plaintiffs, ) | **STIPULATED REQUEST TO** |
| v. ) | **MAGISTRATE JUDGE WESTMORE** |
| ) | **RE SETTLEMENT CONFERENCE** |
| CORIZON HEALTH, INC., et al., ) | **RESCHEDULING;** ~~**PROPOSED**~~ **ORDER** |
| ) | |
| Defendants. ) | |
| ) | |

## Stipulated Request

The parties request that the settlement conference (previously set for March 24, 2017) be reset for June 23, 2017. The parties make this request because they need more time to make a settlement conference meaningful, for the reasons set forth in the stipulated order continuing the deadline to complete a settlement conference to June 30, 2017. *See* ECF-Doc. 29.

SO STIPULATED:

Dated: March 13, 2017        LAW OFFICES OF NANCY E. HUDGINS

                            */s/ Matthew M. Grigg*
                            Matthew M. Grigg, Attorneys for Defendants

Dated: March 13, 2017        LAW OFFICES OF JOHN L. BURRIS

                            */s/ Ben Nisenbaum*
                            Benjamin Nisenbaum, Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the settlement conference is hereby reset for June 23, 2017 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: March 20, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge