UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DIAMOND, et al.,<br>  Plaintiffs,<br> v.<br>CORIZON HEALTH, INC., et al.,<br>  Defendants. | Case No. 16-cv-03534-JSC<br><br>**PRETRIAL ORDER NO. 2** |

Pretrial Order No.1 dated October 14, 2016 (Dkt. No. 14.) is modified to extend the settlement conference deadline to September 15, 2017 and adopt the following case management schedule:

**I. CASE MANAGEMENT SCHEDULE**

| | |
|---|---|
| Fact Discovery Cut-Off: | October 31, 2017 |
| Expert Witness Disclosures: | December 1, 2017 |
| Rebuttal Expert Witness Disclosures: | January 14, 2018 |
| Expert Discovery Cutoff: | February 20, 2018 |
| Deadline for Hearing Dispositive Motions: | April 26, 2018 |
| Pretrial Conference | August 16, 2018 |
| Trial | September 4, 2018 |

**IT IS SO ORDERED**.

Dated: May 19, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge