Nancy E. Hudgins, SBN. 85222
Matthew M. Grigg, SBN. 195951
LAW OFFICES OF NANCY E. HUDGINS
1981 N. Broadway, Ste. 210
Walnut Creek, CA 94596
925-906-0100
mmg@hudginslaw.com

Attorneys for Defendants Alameda County
Corizon Health, Inc., and Sheriff Gregory J. Ahern

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DIAMOND, et al., ) | **Case No.: 16-03534-JSC** |
| ) | |
| Plaintiffs, ) | **STIPULATED REQUEST TO** |
| v. ) | **MAGISTRATE JUDGE WESTMORE** |
| ) | **RE SETTLEMENT CONFERENCE** |
| CORIZON HEALTH, INC., et al., ) | **RESCHEDULING; ~~PROPOSED~~ ORDER** |
| ) | |
| Defendants. ) | |
| ) | |

The parties request that the settlement conference (previously set for June 23, 2017) be reset for September 8, 2017.

The parties make this request because they need more time to make a settlement conference meaningful. For this same reason, Magistrate Judge Corley already has extended the time for completion of the continued settlement conference to September 15, 2017.

SO STIPULATED:

Dated: May 31, 2017              LAW OFFICES OF NANCY E. HUDGINS

                                 */s/ Matthew M. Grigg*
                                 Matthew M. Grigg, Attorneys for Defendants

Dated: May 31, 2017              LAW OFFICES OF JOHN L. BURRIS

                                 */s/ Ben Nisenbaum*
                                 Benjamin Nisenbaum, Attorneys for Plaintiffs

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, the settlement conference is hereby reset for September 8, 2017 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: June _2_, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge